Circuit Court of Hamilton County.

GREENHOW v. HARRISON.

Decided, December 19, 1908.

Error can not be prosecuted to a judgment rendered on appeal from
the determination by a justice of the peace on a motion to dis-
charge an attachment.

*Harry R. Weber,* for plaintiff in error.
*Guido Gores,* contra.

SWING, P. J.; GIFFEN, J., and SMITH, J., concur.

This cause should be stricken from the files.    There is no right
given in the statute to prosecute error to the judgment of the
court if in session, or the judgment of a judge in vacation, on an
appeal from the determination by a justice of the peace on a
motion to discharge an attachment.    Section 6494, Revised Stat-
utes, provides that the judgment rendered on the appeal is to be
transmitted to the justice of the peace to be by him entered as
his final judgment on the motion, and if error is to be prosecuted.
it is to the judgment of the justice of the peace, and not to the
judgment of the court or judge rendering the judgment on the
appeal.    See *Williams* v. *McCartney,* 10 C. C.—N. S., 161.

This proceeding is to reverse the judgment of the court of
common pleas on appeal from the determination of the justice
of the peace of the motion to discharge an attachment.